## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CSX TRANSPORTATION, INC. and NORFOLK SOUTHERN RAILWAY COMPANY<br><br>Petitioners,<br><br>v.<br><br>SURFACE TRANSPORTATION BOARD and UNITED STATES OF AMERICA<br><br>Respondents. | Case No. 13-1230 |

### STATEMENT OF INTENT TO UTILIZE DEFERRED APPENDIX

Petitioners CSX Transportation, Inc. and Norfolk Southern Railway Company hereby inform the Court that they intend to utilize the Deferred Appendix option provided by Federal Rule of Appellate Procedure 30(c) and Circuit Rule 30(c).

Respectfully submitted,

/s/ Matthew J. Warren

| | |
|---|---|
| Peter J. Shudtz | G. Paul Moates |
| Paul R. Hitchcock | Paul A. Hemmersbaugh |
| John P. Patelli | Matthew J. Warren |
| CSX Transportation, Inc. | Sidley Austin LLP |
| 500 Water Street | 1501 K Street, N.W. |
| Jacksonville, FL 32202 | Washington, D.C. 20005 |
| | (202) 736-8000 |
| | (202) 736-8711 (Fax) |

James A. Hixon
John M. Scheib
David L. Coleman
Christine I. Friedman
Norfolk Southern Corporation
Three Commercial Place
Norfolk, VA 23510

*Counsel to Petitioners CSX Transportation, Inc. and Norfolk Southern Railway Company*

Dated: August 28, 2013

**CERTIFICATE OF SERVICE**

I, Matthew J. Warren, hereby certify that on August 28, 2013, I served a copy of the foregoing Statement of Intent to Utilize Deferred Appendix of CSX Transportation, Inc. and Norfolk Southern Railway Company through the CM/ECF system on the following parties:

>Erik G. Light
>Raymond A. Atkins
>Craig M. Keats
>Surface Transportation Board
>395 E Street, S.W.
>Washington, D.C. 20043

I further certify that I caused a paper copy of the Statement of Intent to Utilize Deferred Appendix of CSX Transportation, Inc. and Norfolk Southern Railway Company to be served by U.S. mail, first class postage prepaid on the following:

>Robert Nicholson
>Attorney
>Department of Justice
>Antitrust Division, Appellate Section
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001

>/s/ Matthew J. Warren
>Matthew J. Warren
>Sidley Austin LLP
>1501 K Street, N.W.
>Washington, DC 20005
>(202) 736-8996
>mjwarren@sidley.com