# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-1230**  **September Term, 2013**

**STB-EXPARTE715**

**Filed On:** March 25, 2014

CSX Transportation, Inc. and Norfolk Southern
Railway Company,

      Petitioners

      v.

Surface Transportation Board and United
States of America,

      Respondents

      **BEFORE:**    Tatel, Circuit Judge; Silberman and Sentelle, Senior Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that the parties submit briefs that eliminate uncommon acronyms used in their previously filed final briefs. The conforming briefs are due by 4:00 p.m. on Friday, March 28, 2014. See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 41 (2013) ("[i]n briefs the use of acronyms other than those that are widely used should be avoided"). <u>See</u> <u>also</u> January 26, 2010 Notice Regarding Use of Acronyms.

### Per Curiam

      **FOR THE COURT:**
      Mark J. Langer, Clerk

      BY:    /s/
              Michael C. McGrail
              Deputy Clerk