# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 13-1230                                                September Term, 2013

STB-EXPARTE715

**Filed On:** June 20, 2014

CSX Transportation, Inc. and Norfolk Southern
Railway Company,

      Petitioners

    v.

Surface Transportation Board and United
States of America,

      Respondents

**BEFORE:** Tatel, Circuit Judge; Silberman and Sentelle, Senior Circuit Judges

## O R D E R

Upon consideration of petitioners' consent motion to exceed word limit; and respondents' unopposed motion for leave to file overlength revised final brief eliminating uncommon acronyms, and the lodged briefs, it is

**ORDERED** that the motions be dismissed as moot in light of the court's opinion issued herein this date.

### Per Curiam

                             **FOR THE COURT:**
                             Mark J. Langer, Clerk

               BY:    /s/
                       Jennifer M. Clark
                       Deputy Clerk